Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See 248 App. Div. 918.] Questions to be certified. Motion for resettlement of order denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ. Settle order on two days' notice.

JOURNALIAG AKTIENGESELLSCHAFT, Respondent, v. UNITED STEEL WORKS CORPORATION, Appearing Specially, etc., Appellant. (Action No. 4.) (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

ABE LIEBOWITZ, Respondent, v. THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

DOMEAÑO PETRONE, Respondent, v. SALVATORE PETRONE, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STANDARD OIL COMPANY OF NEW YORK, INC., Respondent, for a Writ of Certiorari against HALSEY J. MUNSON, Town Assessor, Town of Rye, New York, and WILLIAM N. EDWARDS and Others, Constituting the Board of Review and Determination, Town of Rye, New York, and FRANK M. LOWENSTINE, Town Clerk, Town of Rye, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THADDEUS SINGLETON, as Administrator, etc., of CLARA C. SINGLETON, Deceased, Respondent; v. RUBEL CORP., Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

LINA SOMMER, Respondent, v. PAUL SOMMER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

LLOYD ALBERT and ELSIE ALBERT, an Infant, over the Age of Fourteen Years, by MARY ALBERT, Her Guardian ad Litem, Appellants, v. WILLIAM SMITH, Respondent, and JAMES McDONALD, Defendant.— In an action brought to recover damages for the personal injuries sustained by the infant plaintiff because of the alleged negligence of defendant Smith, and by the adult plaintiff to recover damages for loss of said infant's services, judgment in favor of defendant Smith, entered upon the verdict of a jury, reversed on the law and a new trial granted, with costs to the appellants to abide the event. In our opinion the trial justice (1) incorrectly charged the law as to the right of way at the street intersection; (2) erred in his charge as to the conduct of the other operator, McDonald, as to whom such charge contained an intimation to the jury that McDonald was solely responsible for the accident; and (3) erred in refusing to charge, as requested by the plaintiffs, that the *locus in quo* was an " intersection " within the meaning of the statute (Vehicle and Traffic Law, art. I, § 2, subd. 6; *McCrossen* v. *Moorhead*, 205 App. Div. 497, 498). Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ., concur.